1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11   DON JOSE LAMB                          )        CASE NO. CV 12-1605  AGR
                                           )
12                      Plaintiff,          )
                                           )        JUDGMENT
13              vs.                         )
                                           )
14   MICHAEL J. ASTRUE, Commissioner of )
     Social Security,                       )
15                                          )
                        Defendant.          )
16   _____ )

17        In accordance with the Memorandum Opinion filed concurrently herewith,

18        IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the

19   Commissioner of Social Security Administration.

20

21   DATED: December 19, 2012      _____
                                          ALICIA G. ROSENBERG
22                                        United States Magistrate Judge

23
24
25
26
27
28